UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:21-cr-00075-JPH-TAB |
| KORAHL WILLIAMS, | ) -01 |
| Defendant. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Pursuant to 18 U.S.C. § 3401(i) and 18 U.S.C. § 3583(e), the Court **ADOPTS** Magistrate Judge Paul R. Cherry's Report and Recommendation and all findings therein, dkt. [58]. The Court now **ORDERS** that Korahl Williams' supervised release is therefore **REVOKED**, dkt. [49], and Mr. Williams is sentenced to the custody of the Attorney General or his designee for imprisonment of 90 days with 4 years of supervision to follow.

**SO ORDERED.**

Date: 6/2/2025

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel

Electronic Notice to USPO

Electronic Notice to USM-C